# Exhibit A

Youtube Clip, Published on November 15, 2018
KBS News clip, Total of 7:57
https://www.youtube.com/watch?v=NFMgWRxFudE

| *Title* | *Title* |
|---|---|
| [끈질긴 K] "BBQ 회장, 회사돈으로 자녀 유학 생활비 충당"/KBS 뉴스(News) 이세연 기자가 전해 드립니다. '이세연 기자, say@kbs.co.kr' 본격 제보 추적 리포트 끈질긴 K | [Persistent K] "BBQ CEO, Used Company Money to Pay for Children's Overseas Education"/KBS News Reported by SeYeon Lee. 'SeYeon Lee Reporter' say@kbs.co.kr Investigation into the reported tip [Persistent K] |
| *0:04* **KBS 9 o'clock News Heading** 여러분 안녕하십니까? KBS 9 시 뉴스 입니다. 오늘 KBS 9 시 뉴스는 이름만 들으면 누구나 알 수 있는 유명 치킨업체 회장 일가의 수상한 미국 생활과 관련된 소식을 먼저 전해드리겠습니다. 전 세계 50 여 개국에 300 여 개의 매장을 갖고 있다는 글로벌 프랜차이즈 업체 BBQ 의 윤홍근 회장이 거액의 회삿돈으로 자녀들의 미국 유학 생활비를 충당해 온 것으로 드러났습니다. KBS 는 끈질긴 현장 취재와 자료검증을 통해 사실관계를 확인했는데, BBQ 측은 지난 9 일, 이 보도를 막아 달라며 법원에 방송금지 가처분 신청을 했고, 법원이 조금 전 BBQ 측의 신청내용 대부분을 기각했습니다. KBS 아홉시 뉴스가 새롭게 선보이는 [끈질긴 K] 이세연 기자가 전해드립니다. | *0:04* **KBS 9 o'clock News Heading** Hello, everybody. This is KBS 9 o'clock news. Today's first news report is about the suspicious American life of a very well-known CEO of a chicken franchise. It was revealed that CEO HongGeun YOON who owns BBQ, a global franchise with more than 300 restaurants in 50 countries, used company money to support his children's cost of living abroad and studying in the USA. KBS confirmed facts through persistent investigation and data verification, but BBQ, on the 9th of this month, filed a lawsuit and requested the court for temporary restraining order to restrict the broadcast. However, the court has dismissed most of these requests from BBQ. This was reported by SeYeon Lee [Persistent K], introducing the 9 o'clock news. |
| *0:56* **Reporter** 지난 9 월 제보가 접수 되었습니다. 자수성가한 중견기업 회장이 거액의 회사돈으로 자녀들의 유학생활 비용을 | *0:56* **Reporter** We received a tip last September. A self-made man at a medium-sized company paid for his children's overseas |

| | |
|---|---|
| 충당했다,<br>한국 프랜차이즈의 살아 있는 성공신화,<br>치킨업계의 대부, BBQ 윤홍근 회장<br>얘긴데, 끈질긴 K 가 확인해 보겠습니다. | education using his company's money.<br>Persistent K checks out this tip about Mr.<br>HongGeun **YOON**, the CEO of BBQ,<br>Korea's legendary successful chicken franchise. |
| *1:16*<br>**Reporter**<br><br>사회부에 들어온 서류 1 장,<br>'작은 회장님과 아가씨, 월 지출 예상 내역서'<br>작은 회장님은 BBQ 윤홍근 회장의 아들, 아가씨는 딸입니다.<br>한달 생활비 $17,000, 우리돈 2 천만원인데, 이 돈을 BBQ 미국 법인 직원 급여에서 처리했다는 겁니다.<br>결제란에 싸인은 윤회장 싸인 이라고도 했습니다.<br>신빙성 있는 제보일까?<br>끈질긴 K 가 다른 BBQ 내부 문서를 입수해 싸인을 비교해봤습니다. | *1:16*<br>**Reporter**<br><br>We received one piece of paper.<br>'CEO **YOON**'s son, Mr. Yoon, monthly expenditures'<br>Mr. Yoon is CEO HongGeun **YOON**'s son and Ms. Yoon is CEO HongGeun **YOON**'s daughter.<br>It listed monthly living cost was $17,000 and was paid from a corporate worker in U.S.A's BBQ headquarters.<br>The signature for approval is said to be CEO **YOON**'s signature.<br>Is this a credible tip?<br>Persistent K got access to company file and compared the signatures. |
| *1:45*<br>*김은영/문서 전문 감정사*<br><br>"동일인의 필적일 가능성이 매우 높은" | *1:45*<br>**Ms. Eun Young Kim/Signature Expert**<br><br>"High Probability of Same Signature" |
| *1:50*<br>**Reporter**<br><br>'미국 뉴저지'<br>미국에서 만난 제보자,<br>제보자는 작은 회장님 초등학생때부터 미국 생활을 책임졌다고 합니다. | *1:45*<br>**Reporter**<br><br>'New Jersey, USA'<br>Met informer, the one who sent us the tip, in the U.S., the whistleblower has been responsible for Mr. Yoon in the U.S. since he has been in elementary school. |
| *1:57*<br>*제보자(음성변조)*<br><br>"미국으로 유학을 시키면서 관리를 계속해 줬는데 성적은 안 오르고.<br>그런 친구를 (회장이) 하버드에 무조건 보내야 된다고..." | *1:57*<br>**Informer (voice distorted)**<br><br>"His grades wouldn't improve despite his continued education overseas in the U.S. But (the CEO) kept saying that his son needed to be accepted to Harvard…" |

3

| | |
|---|---|
| *2:08* <br> ***Reporter*** <br><br> 같은 집에 살면서 사립학교에 데려다주고 공부와 체력관리, 식단까지 챙겼습니다. | *2:08* <br> ***Reporter*** <br><br> He was responsible for transportation to and from private school, academics, physical health, and meals while living in the same house. |
| *2:15* <br> ***제보자(음성변조)*** <br><br> "회장하고 매일 통화를 했습니다. 아들 잘 있냐, 딸 잘 있냐, 오늘 뭐 먹었냐, 운동 뭐 시켰냐. 본사에서 나온 직원이 업무를 보는 건 거의 없었죠." | *2:15* <br> ***Informer (voice distorted)*** <br><br> "I talked on the phone with the CEO everyday. He asked how his son was doing, how his daughter was doing, what they ate, and what kind of exercise they did. There was rarely any company work as an employee. |
| *2:29* <br> ***제보자(음성변조)*** <br><br> "맨 왼쪽 끝집. 마스터 베드룸은 00 이랑 회장을 위해서 항상 비워 놨던 방이고요." | *2:29* <br> ***Informer (voice distorted)*** <br><br> "The house all the way on the left. The master bedroom was always empty and reserved for (voice distorted) and the CEO." |
| *2:37* <br> ***Reporter*** <br><br> 함께 산 집만 5 곳 입니다. | *2:37* <br> ***Reporter*** <br><br> They have lived in 5 different houses together. |
| *2:40* <br> ***Reporter*** <br><br> 윤회장의 아들이 2 년 동안 살았던 이집은 월세가 $4,700, 한국 돈으로 5 백 5 십만원이 들어 갔습니다. 이집을 빌리는데도 역시 회사돈을 드렸습니다. | *2:40* <br> ***Reporter*** <br><br> The house Mr. Yoon lived in for 2 years cost $4,700 a month for rent. The rent was paid for by the company's money. |
| *2:51* <br> ***Reporter*** <br><br> 고등학교 때부터 고급 차를 몰았다는 작은 회장님, 벤츠와 아우디 등이었는데 확인해 보니 모두 뉴저지에 BBQ 미국 | *2:51* <br> ***Reporter*** <br><br> Mr. Yoon has been seen riding luxury cars since high school, including those from Benz and Audi. Upon checking, these cars |

4

| | |
|---|---|
| 법인 차였습니다. | were registered as corporate cars of BBQ in New Jersey. |
| *3:01*<br>**옛날 이웃**<br><br>뉴저지 번호판 달린 차 몰고 다녔는데, 그 차가 보이다 안 보이다 했었어요. | *3:01*<br>***Neighbor from the past***<br><br>He drove a car with a New Jersey plate, but I'd only see it from time to time. |
| *3:06*<br>***Reporter***<br><br>제보자가 작성했다는 생활비 결산 내역, 강아지 미용과 속옷, 놀이공원, 운동경기 관람, 가장 눈에 띄는 건 과외비 입니다. | *3:06*<br>***Reporter***<br><br>The informer showed us the content of the living expenses, including pet fees, costs for amusement parks, sports games, and most shockingly, the cost of tutors. |
| *3:16*<br>***제보자(음성변조)***<br><br>"선생들이 한 달에 많이 가져가면 7천 달러, 9천 달러…" | *3:16*<br>***Informer (voice distorted)***<br><br>"Fees for tutors would cost $7,000 to $9,000 a month." |
| *3:24*<br>***Reporter***<br><br>2009년엔 아가씨 까지 미국에 들어왔는데 제보자 부인까지 가짜 직원으로 동원돼 생활비를 댔습니다. 제보자는 한국 계좌로 진짜 월급을 따로 받았다고 합니다. | *3:24*<br>***Reporter***<br><br>In 2009, Ms. Yoon came to the U.S. as well. The informers' wife was recruited and registered as a fake employee to pay for the living expenses. The informer reported that he received wage compensation through a different Korean account. |
| *3:35*<br>***제보자(음성변조)***<br><br>"편법이고, 불법이고. 인지하고 있었지만 저도 살 수 있는 길을 택할 수밖에 없었던 것 같습니다." | *3:35*<br>***Informer (voice distorted)***<br><br>"It's illegal and immoral. I was aware of this, but I had to choose this path because I had to survive as well. |
| *3:42*<br>***Reporter***<br><br>이렇게 8년 동안 들어간 회삿돈이 10억 원이 훨씬 넘는 다는 겁니다. | *3:42*<br>***Reporter***<br><br>Over 1 million dollars of the company's money has been spent over the past 8 years. |

5

| | |
|---|---|
| *3:48*<br>**남자 운전사**<br><br>"왼쪽에 보이는 이집인것 같은데요…" | *3:48*<br>***Male Driver***<br><br>"I think it's this house on the left…" |
| *3:50*<br>***Reporter***<br><br>이제 작은 회장님을 찾을 차례.<br>마지막으로 살았다는 보스톤 주택에<br>찾아가 보았습니다. | *3:50*<br>***Reporter***<br><br>It's now time to find Mr. Yoon himself. We went to the last house he was told to have resided in Boston. |
| *3:57*<br>***남자 목소리***<br><br>윤 00 201 호에 사나요?<br>……………………………………..<br>***남자 목소리***<br>아니요, 제가 201 호에 지금 살고 있으니까요. 이사온 지 1 년 반 정도 됐어요. | *3:57*<br>***Male voice***<br><br>"Does Yoon (voice distorted) live in Room 201?"<br>……………………………………..<br>***Current Resident***<br>"No, I am currently living in 201. It's been over a year and half since I've moved here." |
| *4:04*<br>***Reporter***<br><br>작은 회장님의 페이스북,<br>본인이 입학했다고 올린 하버드 대학으로 가봤습니다.<br>확인해 보니 윤 씨가 다니는 곳은 익스텐션 스쿨, 일종의 평생교육원 이었습니다.<br>학생 유학비자를 발급 받을 수 없는 교육 기관입니다. | *4:04*<br>***Reporter***<br><br>Mr. Yoon posted on his Facebook that he was enrolled at Harvard University, so we went to visit the university.<br>Upon further investigation, the school Mr. Yoon was enrolled in was the Harvard Extension school.<br>This school does not provide student visas to their students. |
| *4:19*<br>***남자 목소리***<br><br>학생 비자 지원을 안 한다고요?<br><br>………………………………………<br><br>***Harvard School Staff***<br><br>네. 학기 중엔 학생 비자 지원 안 해요. | *4:19*<br>***Male voice***<br><br>"You don't sponsor F-1 visas, the student visas?"<br><br>………………………………………<br><br>***Harvard School Staff***<br><br>"No. Not during the academic year" |

6

| | |
|---|---|
| *4:24*<br>***Reporter***<br><br>작은 회장님은 과연 학생 비자도 없이 어떻게 미국에 머무는 걸까?<br>끈질긴 K 가 확보한 작은 회장님 비자 서류 입니다.<br>미국 BBQ 에 연봉 6 만 달러 상근직 이사라며 투자비자인 E2 비자를 신청했습니다.<br>회사측은 고등학교를 갓 졸업한 작은 회장님을 필수 직원 이라며 비자를 내달라고 요청했습니다. | *4:24*<br>***Reporter***<br><br>How is the Mr. Yoon residing in the U.S. without a student visa?<br>This is the file Persistent K was able to find about Mr. Yoon's visa.<br>He applied for a business E2 Visa by registering himself as a full-time director for BBQ U.S.A with a salary of $60,000.<br>The company requested for this visa claiming that Mr. Yoon, who had just graduated from high school, was a necessary employee for the company. |
| *4:48*<br>***제보자 (음성변조)***<br><br>제가 그만두는 시점까지 3-4 개월 정도 급여가 지급되는 것을 봤고… | *4:48*<br>***Informer (voice distorted)***<br><br>I saw him getting paid for 3-4 months by the time I had quit my job. |
| *4:55*<br>***Reporter***<br><br>작은 회장님이 과연 일은 하고 있는 걸까?<br>이른 아침 상근이사로 있다는 뉴저지 미국 법인 본사로 가봤습니다.<br>"문을 열어 놓고 들어가네?"<br>다들 출근하는데 작은 회장님은 보이질 않습니다. | *4:55*<br>***Reporter***<br><br>Is Mr. Yoon working?<br>We went to the headquarters of BBQ U.S.A in New Jersey early in the morning.<br>"They're walking in through an unlocked door?"<br>Mr. Yoon was nowhere to be seen despite other employees going to work. |
| *5:12*<br>***미국 본사 관계자 (음성변조)***<br><br>"보스턴으로 가서 운영 관리를, 탄력근무제로 일을 하고 있습니다." | *5:12*<br>***U.S. Headquarters Employee***<br><br>"He goes to Boston and takes care of management, but on a flexible schedule." |
| *5:18*<br>***Reporter***<br><br>보스턴 매장에선 작은 회장님을 만날 수 있을까? | *5:18*<br>***Reporter***<br><br>Will we be able to meet the son at the one of the franchise shops? |

7

| | |
|---|---|
| *5:22*<br>***Reporter***<br><br>BBQ 치킨 보스턴 법인은 지난 2016 년 윤회장의 아들이 근처 하버드 대학교에 입학하기 2 달전 문을 열였습니다. | *5:22*<br>***Reporter***<br><br>The BBQ franchise in Boston opened in 2016, 2 months before Mr. Yoon began studying at Harvard. |
| *5:31*<br>***Reporter***<br><br>매장 잠복 취재 시작 | *5:31*<br>***Reporter***<br><br>Undercover Investigation Begins |
| *5:34*<br>***Reporter***<br><br>"여기 종업원들 다 한국분들이세요?"<br>…………………………………….<br><br>***매장 직원(음성변조)***<br><br>"네." | *5:34*<br>***Reporter***<br><br>"Are all of the employees here Korean?<br>…………………………………….<br><br>***Employee (voice distorted)***<br><br>"Yes." |
| *5:38*<br>***남자 목소리***<br><br>"세연씨, 지금 몇 시에요?<br>……………………………….<br><br>***Reporter***<br><br>"4:39" | *5:38*<br>***Male Voice***<br><br>"SeYeon, what time is it?<br>……………………………..<br><br>***Reporter***<br><br>"4:39" |
| *5:44*<br>***Reporter***<br><br>몇 시간을 기다려도 작은 회장님은 볼 수가 없습니다. | *5:44*<br>***Reporter***<br><br>We were unable to see Mr. Yoon despite waiting for hours. |
| *5:49*<br>***남자 목소리***<br><br>"언제 매장에 왔는지 알 수 있을까요?"<br><br>…………………………………….<br><br>***매장 직원(음성변조)*** | *5:49*<br>***Male Voice***<br><br>"Do you think you can tell us when he came to the store?"<br><br>…………………………………….<br><br>***Employee (voice distorted)*** |

| | |
|---|---|
| "저도 잘 모르겠어요. 못 봐 가지고. 누군지 제가 정확히…" ……………………………………. **남자 목소리** "윤 00 모르세요?" ……………………………………. **매장 직원(음성변조)** "네. 애기는 들었는데…" | "I'm not sure. I haven't seen him. I'm not sure who he is…" ……………………………………. *Male Voice* "You don't know Yoon (voice distorted)?" ……………………………………. *Employee (voice distorted)* "Yes. I've heard about him though…" |
| *6:02* **Reporter** 다음날 다시 찾은 매장. | *6:02* *Reporter* We went to the store again the next day. |
| *6:07* **남자 목소리** "안녕하세요. 저기 혹시 윤 00 이라고 있어요?" ……………………………………. **매장 직원(음성변조)** "여기 안 계신데." ……………………………………. **남자 목소리** "일하는 거 아니에요?" ……………………………………. **매장 직원(음성변조)** "네, 아니에요." | *6:07* *Male voice* "Hello. Is Yoon (voice distorted) there?" ……………………………………. *Employee (Voice distorted)* "He's not here." ……………………………………. *Male voice* "He doesn't work there?" ……………………………………. *Employee (Voice distorted)* "No, he doesn't." |
| *6:18* **Reporter** 직원들도 모르는 작은 회장님 행방. 간신히 확보한 건 전화번호 뿐이었습니다. | *6:18* *Reporter* Even the employees do not know of Mr. Yoon's whereabouts. All we were able to obtain is his phone number. |

9

| | |
|---|---|
| 6:24<br>(전화걸음) | 6:24<br>[ Phone call ] |
| **윤홍근 회장 아들(음성변조)**<br>"여보세요"<br>……………………………………. | **CEO HongGeun YOON's Son (Voice distorted)**<br>"Hello"<br>……………………………………. |
| **Reporter**<br>"윤 00 씨 되시나요?"<br>……………………………………. | **Reporter**<br>"Is this Yoon (voice distorted)?"<br>……………………………………. |
| **윤홍근 회장 아들(음성변조)**<br>"네."<br>……………………………………. | **CEO HongGeun YOON's Son (Voice distorted)'**<br>"Yes."<br>……………………………………. |
| **Reporter**<br>"저희가 보스턴 매장을 계속 지켜봤는데 출근을 한하시더라고요."<br>……………………………………. | **Reporter**<br>We continued to visit the Boston branch, but we saw that you haven't been going into work.<br>……………………………………. |
| **윤홍근 회장 아들(음성변조)**<br>"제가 출근을 안한다고요? 어이가 없어가지고…출근은 했고요."<br>……………………………………. | **CEO HongGeun YOON's Son (Voice distorted)**<br>"I'm not going to work? This is ridiculous. I have been going to work."<br>……………………………………. |
| **Reporter**<br>"보스턴에 계신건 맞죠?"<br>……………………………………. | **Reporter**<br>"You're in Boston, right?"<br>……………………………………. |
| **윤홍근 회장 아들(음성변조)**<br>"네, 보스턴에 있습니다"<br>……………………………………. | **CEO HongGeun YOON's Son (Voice distorted)**<br>"Yes, I'm in Boston."<br>……………………………………. |
| **Reporter**<br>"뉴저지 직원으로 비자를 받으셨는데 왜 보스턴에 계시는 거예요?"<br>……………………………………. | **Reporter**<br>Why are you in Boston when you received a visa as an employee in New Jersey?"<br>……………………………………. |

10

| | |
|---|---|
| *윤홍근 회장 아들(음성변조)*<br><br>"이건 일단 나중에 제대로 말씀을 드리고요." | ***CEO HongGeun YOON's Son (Voice distorted)***<br><br>"I will clearly explain this to you later." |
| *6:57*<br>***Reporter***<br><br>끈질긴 K 취재에 대한 BBQ 측의 해명, 윤 회장과 아들이 제보자의 시티은행 계좌로 매일 정기적으로 돈을 송금해 유학 자금을 충당했다며 그 근거로 외환 송금 내역서를 제시했습니다.<br>또 업무 특성상 매장 직원들이 아들의 존재를 모를 수도 있고, 직원들이 윤 회장 아들을 모른다고 한 것은 본사 지침에 따른 것이라 밝혔습니다.<br>또 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있으며 매장이 잘 운영되고 있어 업무를 충실하게 수행하는 것으로 판단한다 고 설명했습니다.<br>정말 사실일까?<br>윤 회장에게 직접 물어 봤습니다. | *6:57*<br>***Reporter***<br><br>BBQ gave an explanation to Persistent K's investigation. CEO **YOON** and Mr. Yoon provided bank records showing transactions and wires for the costs of his children's overseas education to informer's Citibank account. Also, the company explained that some of the employees may not know Mr. Yoon and revealed that other employees who said they don't know Mr. Yoon were following company protocol. Also, the company said that Mr. Yoon can work remotely without compromising his responsibilities and affecting the company. Is this the truth?<br>We asked CEO **YOON** himself. |
| *7:34*<br>***Reporter***<br><br>"저 회장님, 안녕하세요, 저 KBS 이세연 기자라고 하는데요. 저 아드님 관련해서 여쭈어 볼려 하는데, 직원 시켜서 회삿돈으로 미국생활 하게 하셨나요? 회장님, 회장님 대답하고 가세요. 대답하고 가세요, 회장님."<br>BBQ 해명은 과연 사실일까?<br>자세한 내용, 계속 공개합니다.<br>끈질긴 K, 이세연 입니다. | *7:34*<br>***Reporter***<br><br>"Hello, CEO **YOON**. My name is SeYeon Lee and I am a reporter for KBS. I want to ask about your son and whether you hired an employee to pay for your children's overseas education with money from your company? CEO **YOON**, please answer me. Answer me and go. Answer first, CEO **YOON**."<br>Is the explanation given by BBQ true?<br>We will continue to reveal more details.<br>This was Persistent K, SeYeon Lee. |

11

Youtube Clip2, Published on November 16, 2018
KBS News clip, Total of 3:55
https://www.youtube.com/watch?v=plEBZCle8c0

| *Title*<br><br>[끈질긴 K] "BBQ 에서 3 천 달러 입금됐는데"…해명 확인해보니/ KBS 뉴스(News)<br>'이세연 기자 say@kbs.co.kr' | *Title*<br><br>[Persistent K] Upon checking the explanation for "we deposited $3,000 from BBQ"/ KBS News<br>'Reporter SeYeon Lee, say@kbs.co.kr' |
|---|---|
| *0:04*<br>**Reporter Lee's News Heading**<br><br>KBS 는 어제 BBQ 윤홍근 회장 자녀의 수상한 미국생활을 파헤쳤습니다.<br>의혹 대부분을 부인한 BBQ 측 입장도 함께 전해드렸죠.<br>오늘 끈질긴 K 는 BBQ 의 해명이 과연 앞뒤가 맞는 건지 하나 하나 따져봅니다. | *0:04*<br>**Reporter Lee's News Heading**<br><br>KBS revealed suspicious American life of BBQ CEO's children yesterday. KBS also reported claims from BBQ which denies all wrongdoings. Persistent K checks if BBQ has valid claims. |
| *0:21*<br>**Reporter**<br><br>'작은 회장님과 아가씨 월 지출 예상 내역서'<br>윤회장 자녀의 미국 유학생활비를 현지 법인 직원 급여 에서 처리한다는 서류입니다.<br>BBQ 측은 이서류가 비공식 문서이고 가짜라고 주장합니다.<br>스스로 인정하듯, 비공식 문서입니다.<br>윤 회장과 제보자 둘이 논의한 불법 자금 사용 계획이기 때문입니다.<br>여기에 싸인한 윤 회장, 2,3 월부터 시행, 회사 비용 처리 등 직접 지시 사항을 써 놨습니다. | *0:21*<br>**Reporter**<br><br>'Monthly statement for Mr. Yoon and Ms. Yoon'<br>This statement shows that the monthly statement for CEO **YOON**'s children's overseas education was processed as a corporate employee's salary.<br>BBQ states that this is an informal and fake document.<br>As if they've admitted it themselves, it's an informal document.<br>This is because this is an illegal document that was planned by CEO **YOON** and our informer who sent us the tip.<br>CEO **YOON** signed off, execute in February or March, for company expenses. |
| *0:51*<br>**제보자(음성변조)**<br><br>(다른 기록은) "절때 없습니다. 어차피 매일 통화하는데 저한테 굳이 그걸 문자로…" | *0:51*<br>**Informer (voice distorted)**<br><br>"There isn't any other [form of documentation]. We talked on the phone every day and there was no need for messages…" |

| | |
|---|---|
| *0:56*<br>***Reporter***<br><br>윤 회장은 아들 유학자금은 모두 개인 돈이었다 고 주장합니다.<br>근거도 제시했습니다.<br>제보자 시티은행 계좌로 매달 정기적으로 돈을 송금했다는 외환 송금 내역서, 제보자 역시 이 돈을 받은 사실 인정 합니다. 다만 추가로 보낸 돈 이라는 겁니다. | *0:56*<br>***Reporter***<br><br>CEO **YOON** states that he paid for his son's overseas education using his own money.<br>He even gave proof of this.<br>There are documents stating that CEO **YOON** sent regular payments to a Citibank account every month to pay for his children's education. The informer also acknowledges that he received the money, which CEO **YOON** sent regularly to his Citibank account every month. However, the informer states that these were additional costs. |
| *1:15*<br>*제보자(음성변조)*<br><br>(생활비) "추가 비용은 아마 회장이 보내든지, 아들이 미국으로 송금을 해서…" | *1:15*<br>***Informer (voice distorted)***<br><br> "The additional costs [and living expenses] were sent by the CEO or by the son…" |
| *1:22*<br>***Reporter***<br><br>2010 년 5 월, 제보자가 작성한 1 일 보고.<br>작은 회장님 반찬 부터 과외 수업, 운동량 까지 보고되어 있습니다.<br>과외비와 생필품 구입비 등 구매내역과 함께 잔액이 크게 부족하다고 보고 합니다.<br>그리고 얼마 뒤, 제보자 계좌로 돈이 들어옵니다. | *1:22*<br>***Reporter***<br><br>May 2010, a daily report written by the informer. It included information about Mr. Yoon's meals, tutoring sessions, and his exercise routines.<br>The report stated that along with purchasing daily necessities and tutoring, more funds were necessary.<br>A few days later, money was transferred into the informant's bank account. |
| *1:41*<br>*제보자(음성변조)*<br><br>"회사에서 경리 직원이 수표를 끊어 가지고 (입금해) 준 적이 있고…" | *1:41*<br>***Informer (voice distorted)***<br><br> "The company's accountant once gave me a check and deposited it for me…" |
| *1:47*<br>***Reporter***<br><br>2012 년 국세청은 BBQ 에 대해 세무조사를 벌렸는데 회삿돈 일부가 | *1:47*<br>***Reporter***<br><br>In 2012, the National Tax Service investigated BBQ and found that some of |

13

| | |
|---|---|
| 회장 일가의 미국 생활비로 유용 된 사실을 확인하기도 했습니다. 끈질긴 K 가 확인한 공시자료, 2009 년 문을 연 BBQ 미국 법인은 2012 년 부터 공시를 했습니다. 그동안 수익은 못 내고 매년 순손실이 쌓이다 보니 자본잠식에 빠져 거액의 증자를 하기도 했습니다. | its money had been misappropriated for the CEO's family's living expenses in the U.S. BBQ U.S.A. headquarters, which opened in 2009, has made the disclosure since 2012. They have been facing an accumulated net loss accumulated each year. |
| *2:12* **정선섭 재벌닷컴 대표** "자본 증자 등을 통해서 자금 수혈을 계속한다는 것은 회계의 불투명성과 자금이 비정상적으로 유용되고 있다는 것을 (말해 줍니다)" | *2:12* **Mr. SunSeob Jung, Jaebol.com CEO** "Continuing business despite net losses for many years means that the accounting isn't transparent, and the funds are being abnormally used." |
| *2:22* **Reporter** 그런데 BBQ 측은 매장이 잘 운영되 윤 회장 아들이 업무를 충실히 수행하고 있다고 밝혀 왔습니다. | *2:22* **Reporter** But BBQ revealed that the branch is doing very well and Mr. Yoon is dedicated to his work. |
| *2:31* **남자 목소리** "윤 00 모르세요?" ……………………………………….. **미국 매장 직원(음성변조)** "저도 잘 모르겠어요, 못 봐 가지고. 누군지 제가 정확히…" | *2:31* **Male Voice** "You don't know Yoon (voice distorted)?" ………………………………………. **Employee of U.S. branch (voice distorted)** "I don't know who he is because I haven't seen him. I'm not sure exactly who…" |
| *2:36* **Reporter** BBQ 측은 미국 현지 직원들이 윤 회장 아들을 모른다고 한 건, 본사 지침때문이라고 밝혔습니다. 하지만 취재팀이 매장을 찾았을 땐 신분을 알리지도 않았고, 본사도 매장 | *2:36* **Reporter** BBQ explained that the current employees in America said they didn't know Mr. Yoon because they were following company protocol. However, when the investigation team went to the branch, they didn't reveal their identities. The |

14

| | |
|---|---|
| 취재 사실을 모르는 때였습니다.<br>BBQ 는 또 윤 회장 아들은 출근을 안해도 일할 수 있는 직책이라고 말합니다. | headquarters and the BBQ branch were also unaware of their investigation. BBQ and Mr. Yoon also said that Mr. Yoon's work can be done remotely. |
| *2:56*<br>*미국 법인 관계자(음성변조)*<br><br>"탄력근무제다 보니까 일주일은 이렇게 일할 수 있고, 다음 주는 또 이렇게 일할 수 있고…" | *2:56*<br>***An American corporate officer (voice distorted)***<br><br>"Due to the flexible working system, one week you can work this way, and the other week you can work another way…" |
| *2:58*<br>***Reporter***<br><br>윤 회장 아들이 투자비자 E-2 를 받으면서 미국 이민국에 신고한 근로 형태는 풀타임 디렉터, 상근이사, 주 40 시간 이상 상근 하지 않으면 이민법 위반 소지가 있습니다. | *2:58*<br>***Reporter***<br><br>Mr. Yoon's business E-2 Visa has requirements from the immigration office for the full-time director, supervisor, or worker to work for a minimum of 40 hours a week. |
| *3:14*<br>*조문경 미국 변호사*<br><br>"기업을 운영하는 데 정말 꼭 필요한 사람이라는 걸 입증해야 하는데, 예를 들어 IT 기업이다 하면 이 사람이 핵심 기술 보유자여야 (하는 거예요)" | *3:14*<br>***Ms. MoonKyung Jo, American lawyer***<br><br>"Recipients of the visa are those who are necessary to the management and/or business of the company. For example, if it is an IT company, that person needs to have the expertise on a very important skill." |
| *3:22*<br>***Reporter***<br><br>끈질긴 K 가 확보한 제보자와 작은 회장님의 메제지 내역,<br>BBQ 에서 3 천 달러가 입금 됐는데 작은 회장님, 무슨 돈인지를 모릅니다.<br>제보자가 생활비 용돈 이라고 답하자 벌써 들어 왔냐고 반문하면서 25 일에 들어오게 해 달라고 부탁했다 고 말합니다.<br>메세지를 주고 받을 때는 2016 년 9 월, 작은 회장님이 미국 BBQ 필수 | *3:22*<br>***Reporter***<br><br>Persistent K was able to retrieve messages between the informer and Mr. Yoon.<br>Mr. Yoon didn't know what the $3,000 that was wired to him was for.<br>When the informer replied that it was for his living expenses, Mr. Yoon asked why it was so early and requested that it be wired on the 25th.<br>These messages were sent in September 2016. This is when Mr. Yoon received his E-2 Visa and was reported to have begun working for BBQ U.S.A. |

15

| | |
|---|---|
| 직원이라며 투자 비자를 받아 상근이사로 충실히 재직한다던 때였습니다.<br>끈질긴 K 이세연 입니다. | This was reporter Persistent K, SeYeon Lee. |

16