UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON,<br>     Plaintiff,<br><br>v.<br><br>HYUNWOOK JOO a/k/a HYUN WOOK JOO a/k/a<br>HYUN W. JOO a/k/a HYUN-WOOK JOO a/k/a<br>HARRY JOO a/k/a HARRY H. JOO a/k/a HARRY<br>HYUN JOO a/k/a HARRY HYUNWOOK JOO a/k/a<br>HARRY HYUN-WOOK JOO,<br><br>     Defendant. | Civil Action No.:<br>**1:19-CV-10351-WGY** |

## MOTION FOR JUDGMENT ON THE PLEADINGS

  Defendant Hyunwook Joo a/k/a Hyun Wook Joo A/K/A Hyun W. Joo A/K/A Hyun-Wook Joo A/K/A Harry Joo a/k/a Harry H. Joo A/K/A Harry Hyun Joo a/k/a Harry Hyunwook Joo a/k/a Harry Hyun-Wook Joo submits this motion pursuant to Fed. R. Civ. P. 12(c) seeking that this Honorable Court enter judgement on the pleadings. Plaintiff's, Hyewoong Yoon's, Complaint should be dismissed for lack of personal jurisdiction, or in the alternative, this Court should issue an order and judgment pursuant to Fed. R. Civ. P. 12(b)(3) dismissing the Plaintiff's Complaint for lack of proper venue, or in the alternative on grounds of *forum non conveniens*, or in the alternative for the Plaintiff's failure to state a claim upon which relief can be granted, and for such other and further relief that the Court may deem just and proper.

  A Memorandum of Law is attached hereto and incorporated by reference.

  WHEREFORE, the Defendant requests that this Honorable Court grant his Motion for Judgment on the Pleadings, enter a judgment in his favor, or dismiss the Plaintiff's Complaint pursuant to the grounds set forth above, which are delineated in the attached Memorandum of Law.

Dated: <u>May16, 2019</u>              Respectfully submitted,
                                       Defendant, Hyunwook Joo a/k/a Hyun Wook
                                       Joo a/k/a Hyun W. Joo a/k/a Hyun-Wook Joo
                                       a/k/a Harry Joo a/k/a Harry H. Joo a/k/a Harry
                                       Hyun Joo a/k/a A Harry Hyunwook Joo a/k/a
                                       Harry Hyun-Wook Joo
                                       By his attorneys,

                                       <u>     /s/ Christopher A. Kenney          </u>
                                       Christopher A. Kenney, BBO# 556511
                                       cakenney@KSlegal.com
                                       Michelle M. De Oliveira, BBO# 685455
                                       mmdeoliveira@KSlegal.com
                                       KENNEY & SAMS, P.C.
                                       Reservoir Corporate Center
                                       144 Turnpike Road
                                       Southborough, MA 01772
                                       Tel: (508) 490-8500
                                       Fax: (508) 490-8501

                                       *Attorneys for Defendant,*
                                       *Hyunwook Joo a/k/a Hyun Wook Joo a/k/a*
                                       *Hyun W. Joo a/k/a Hyun-Wook Joo a/k/a*
                                       *Harry Joo a/k/a Harry H. Joo a/k/a Harry*
                                       *Hyun Joo a/k/a Harry Hyunwook Joo a/k/a*
                                       *Harry Hyun-Wook Joo*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I certify that on May 10, 2019, I conferred with Plaintiff's counsel, Joseph Perl, Esq., concerning the filing of Defendant's Motion for Judgment on the Pleadings, and we attempted to in good faith resolve or narrow the issues.

                                         */s/ Christopher A. Kenney*
                                         Christopher A. Kenney
                                         Attorney for Defendant,
                                         Hyunwook Joo a/k/a Hyun Wook Joo a/k/a Hyun W. Joo a/k/a Hyun-Wook Joo a/k/a Harry Joo a/k/a Harry H. Joo a/k/a Harry Hyun Joo a/k/a Harry Hyunwook Joo a/k/a Harry Hyun-Wook Joo

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2019, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which was the notice of electronic filing to all CM/ECF participants, including:

Joseph Perl, Esq.
Law Office of Joseph Perl
203 Arlington Street, Suite 2
Watertown, MA 02472
*Attorney for Plaintiff*
*Hyewoong Yoon*

                                         */s/ Christopher A. Kenney*
                                         Christopher A. Kenney
                                         Attorney for Defendant,
                                         Hyunwook Joo a/k/a Hyun Wook Joo a/k/a Hyun W. Joo a/k/a Hyun-Wook Joo a/k/a Harry Joo a/k/a Harry H. Joo a/k/a Harry Hyun Joo a/k/a Harry Hyunwook Joo a/k/a Harry Hyun-Wook Joo