# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON, )<br>        Plaintiff )<br>v. )<br>HYUNWOOK JOO )<br>        Defendant ) | Civil Action No.: 1:19-CV-10351-WGY |

## AFFIDAVIT OF HYEWOONG YOON IN SUPPORT OF MOTION TO AMEND

I, Hyewoong Yoon, being under oath, do hereby depose and say as follows:

- I am 23 years old and have lived in Massachusetts 2016 when I moved here to go to college. Currently I live in Watertown Massachusetts.

- Hyunwook Joo ("Mr. Joo") had been my guardian from 2007 until 2016, and I had lived with him during that time in Connecticut and New Jersey, but I stayed in school dorm during the semesters.

- In the last week of June 2016, while I had stayed in Mission Hill with my sister to move to Cambridge, Mr. Joo came to buy my furniture, mattress, and groceries for my new home in Massachusetts. On June 21 2016, while shopping with him, Mr. Joo introduced an academy called Boston Tutelage to me. He told me that Boston Tutelage offered private tutoring for college students, and that the tutors were ivy league students and/or graduates who specialized in different subjects. Mr. Joo said that the class schedule would be flexible, and it had an academic program for whole semester and vacation.

- I wasn't interested in it because Mr. Joo said I needed this academic program for graduating the college. He also called my father, Hong Geun Yoon, multiple times during that period. Eventually, he convinced my father to arrange to take lessons through Boston Tutelage without my initial consent.

- From July to October of 2016, $78,000.00 was paid from my Korean account to Boston Tutelage, which was funded by my father. At the time, all of my Korean

1

funds and accounts that had been under my father's control because I dependent on him. So, I did not recognize how much was paid from my account. Payments totaling $78,000.00 to Boston Tutelage were made in 2016 as follows: $17,000.00 in July, $17,000.00 in August, $22,000.00 in September, and $22,000.00 in October. The wire statements which are included as an exhibit to the complaint are true and accurate copies of the statements reflecting these payments. The statement of incorporation of Boston Tutelage is also attached to the complaint proposed amended complaint.

- At the time, my father and I did not have knowledge of tuition fees in the Boston area and for private tutoring for college students in general. Mr. Joo told us that the $78,000.00 was the expense that the tutors charged, and that this would be paid to the tutors for 4 months.

- I had one tutor, Tim Oh ("Mr. Oh"), who began living with me in Cambridge starting in July who was a graduate of Cornell University. One day, Mr. Joo dropped off Mr. Oh to my home. Mr. Joo said that he was my tutor for this semester and already paid my tuition fee. Hence, I could not refuse this issue and Mr. Joo just went away. I was required to pay for all of Mr. Oh's rent, utilities, and food while he stayed with me because Mr. Joo said that was part of the deal. I did not know anything about payments until Mr. Joo resigned the company. In the end of October, Mr. Oh asked me to pay for his October tuition fee. It was at that time that I realized that in fact the price of his lessons was only $6,000 per a month, not the average of $20,000.00 per month that had been paid from my account. Therefore, I tried to figure out what happened with Mr. Oh and Mr. Joo. Mr. Oh told me that Mr. Joo had also deceived him regarding these payments, by telling Mr. Oh that a payment of $2,000.00 per month would be taken from his pay checks which would go towards Mr. Joo's efforts at finding Mr. Oh a job in the finance industry for when the tutoring finished. It turned out that Mr. Joo did little if anything to help Mr. Oh find a job in the finance industry.

- In around November of 2016 I learned that Boston Tutelage was a sham company that did not have a group of teachers specializing in different subjects, and with an organized program that Mr. Joo described. Rather, Boston Tutelage and Mr. Joo said that Mr. Oh is a teacher from it. All of story were set up for the sole purpose of encouraging my father and I to pay many times what the actual cost of tutoring is in the Boston area.

- I learned that Boston Tutelage was registered in New Jersey from an online search. Chung Uk Kim ("Mr. Kim") is listed as the principle. Mr. Kim is a long time business partner of Mr. Joo.

- At the time Mr. Joo was the sole adult in the U.S. that my father and I knew of to make big decisions for me like educational decisions, so I followed his advice in signing up for Boston Tutelage. It was not true that the $78,000.00 that I paid represented Mr. Joo's or Boston Tutelage's expenses. Rather, the great bulk of the $78,000.00 went to Mr. Joo.

- After we stopped making payments to Boston Tutelage, I got a call from Mr. Joo asking why I stopped making the payments. He told me that Boston Tutelage was going to call me. Immediately after I hung up the phone, I got a call from a man purporting to be calling from Boston Tutelage, asking why I stopped their tutoring service. I believe this individual was next to Mr. Joo when he called me given the short time lapse between the two calls.

- Mr. Joo also sent my father a contract purporting to come from Boston Tutelage. I later learned this contract and payment request were fake. The contract is included as an exhibit to the proposed amended complaint.

- In, 2018, Mr. Joo, in an attempt to get revenge on my father for their business disagreements, gave my name and Massachusetts address to a reporter, Seyeon Lee, to make a false news story about me which was broadcast to more than a million viewers. After this occurred, my father and I reviewed records of payments that we had sent to Mr. Joo in the past, and learned that Mr. Joo had been engaging in schemes against me in New Jersey similar to the Boston Tutelage scheme. There, from 2013 until 2016, my father and I made payments to three teachers: Tim Oh (same individual who lived with me in Boston), Jeffrey Jeong, and Roots academy. I worked with with Mr. Jeong on weekends from 2013-2016, and at Roots academy during the summers of 2014 and 2015. Mr. Joo requested money for buying SAT study books and taking tutors. The total amount that Mr. Joo received from us for tutoring, including lessons and supplies, was $641,350.00.

3

- From 2013-2016, in addition to Mr. Joo's monthly salary for being my guardian and scheduling my activities and classes, which was average $18,654.00 per month, Mr. Joo requested a total of $641,350.00 to pay these teachers to tutor me. In 2018, I reached out to all of these teachers who told us that they actually only received $2,000 per a month from Mr. Joo who has not explained where the rest of the money went. In total, I learned that of the $641,350.00, Mr. Joo kept $536,850.00.

- When Seyeon Lee came looking for me in Massachusetts, she addressed me as "Allen". This is my nickname and Kakao ID which only Mr. Joo could have given her. Also, she initially looked for me at my prior address in Cambridge. Mr. Joo is the only one who could have given her this information.

- Mr. Joo provided Ms. Lee with information contained in my application for a U.S. E2 investment visa. This application was in my home when Mr. Joo visited him in Boston.
  A copy of this application appeared in the video broadcasted by KBS.
  The only way Mr. Joo could have gotten this application is by either taking it from my home or making a copy of it while there. I did not give Mr. Joo permission to do either.
  I followed the requirements for obtaining an E2 visa by investing $1,000,000.00 in BBQ HQ in NJ. I received an E2 visa after complying with the requirements.

  Mr. Joo stated to Ms. Lee that I was not complying with the terms of my E2 visa by not working at BBQ. This statement was false because to be eligible for an E2 visa the individual does not need to actually work at the business, as long they made the investment in the business. The statement was also false because I at the time did work for BBQ as the manager.

  After this statement was broadcast, I was treated negatively by other members of the Korean American community in his school.

- The facts stated in the complaint regarding Mr. Joo's false statements about the source of my education payments are true, as well as the facts stated in the complaint related to the broadcast of those statements.

- In the original complaint, I indicated what, according to my family's records at the time, was the total amount that Mr. Joo had received from us in order to pay

4

tutors. This amount included amounts paid to Boston Tutelage. Given how many traumatic events, which are all discussed in the complaint and proposed amended complaint, occurred over the years that I lived with Mr. Joo and afterwards, it was hard for me to remember and  specify everything for my attorney in my initial meeting with him prior to filing the complaint. Any omissions in detail were unintentional. All of the events with Mr. Joo had a big impact on me, and I have been seeing a therapist since late 2018, to try and overcome the mental hardship that they've cause me.

- Because I was the person intended to benefit from the payments to the tutors described above, my father assigned me all rights that he had to sue for those payments myself.

Signed under the pains and penalties of perjury this 12th day of June, 2019.

Hyewoong Yoon