**Exhibit B**

# Boston Tutelage Corp.

Wire Sheets

## 외화송금 상세정보(송금인확인용)
## Foreign Currency Transfer Details

윤혜웅 귀하

송금신청일자(DATE): 2016-07-20

상 우리은행을 이용해 주셔서 감사합니다.
동일한 내용으로 송금하고자 하는 경우에는 이 전문사본을 제시하시면 보다 신속히 처리해 드릴수 있습니다.
"Please present this copy of transaction record for your future remittance. We will be able to provide better and faster service"

| | |
|---|---|
| REF-NO: FDT2066001366 | 송금액(AMOUNT): USD17,000.00 |

FROM : SEOUL KOREA WOORI BANK(SWIFT : HVBKKRSE)
TO   : WELLS FARGO BANK

수취국가 : 미국

| | | |
|---|---|---|
| 20 : | Senders Reference (당행번호) | : FDT2066001366 |
| 23B: | Bank Operation Code | : CRED |
| 32A: | Value Date / Currency / Amount (지급일자 / 통화 / 송금금액) | : 2016-07-20/USD/17,000.00 |
| 50K: | Ordering Customer(송금인) | : YOON HYE WOONG |
| 57 : | Account With Institution (수취은행) | : WELLS FARGO BANK SWIFT CODE WFBIUS6S |
| 59 : | Beneficiary Customer(수취인) | : A/C-:7623138562 BOSTON TUTELAGE GROUP LLC 777 AVE OF THE AMERICAS 1ST FL NEW YORK NY 10001 |
| 70 : | Details of Payment(기타참고사항) | : Education Fee |
| 71A: | Details of Charges(사후수수료부담자) | : OUR( 송금인 ) |
| 72 : | SEND TO REC. INFO | : |

상기 내용은 실제 발송된 전문사본이 아니며 송금인의 요청에 따라 변경 또는 취소될 수 있습니다.

### 해외송금 특급서비스-
### 바로바로 해외송금
▶우리은행 해외 지점 계좌로 실시간 송금 송금 즉시 수취 가능
▶인터넷뱅킹으로 바로 송금 가능
▶북경/상해/심천/소주/천진/동경/인도네시아/ 하노이/호치민/싱가포르/홍콩/런던/바레인지점 등

### 입금만 하면 해외송금이 자동으로-
### 우리 ONE 해외송금 서비스
▶일반 원화 통장 입금 즉시 자동으로 해외송금
▶환율 30% 우대(USD,JPY EUR 외 통화 20%)
▶송금 수수료 30% 우대
▶일반계좌에 송금계좌번호 최대 3개까지 부여
▶송금 결과 SMS 발송

### 보내실때는 원화로 받으실때는 현지통화로-
### W-FX 송금서비스
▶대상국가:중국,타이완,인디아,말레이지아,터어키, 스리랑카,이스라엘,파키스탄,브라질,체코,이집트, 카자흐스탄,페루,헝가리,요르단,아르헨티나
▶해당국 현지에서 별도의 환전절차없이 현지통화로 수취가능
▶중국위안화의 경우 현지에서 영업점 방문 없이 ATM에서 위안화(CNY)로 바로 출금 가능

우리은행  분정동지점    지점 (TEL: 02- 430-0361  )    우리은행 1899

/이*은/분정동지점/2016/07/20 15:56:57

84

외국환매매 신청인 기재란 (Please fill in here for foreign exchange)

| 성 명 | 주민번호앞6자리/여권번호 | 통 화 (Currency) | 금 액 (Amount) |
|---|---|---|---|
| 사실 때 전화번호 | 파실 때 입금계좌번호 | | |

FD0400 20160720 1557 상일 20206 0013 미ㅊㅅ  1013

거래명  당발송금의뢰
거래일자 2016-07-20                                        고객명    YOON HYE WOONG
                                                        Ref No.   FDT20160713-6

| 계정과목 | 입서 | 통화 | 외화금액 (Amount) | 환율 (Rate) | 원화금액 (Won) |
|---|---|---|---|---|---|
|  |  | USD | 17,000.00 |  | 19,448,000 |
|  |  |  | 17,000.00 | 1,144.00 | 19,448,000 |

당발송금수수료                                      ₩20,000
전신료                                              ₩8,000
사후보고수수료         하위                         ₩17,280
수수료 합계 (대체)                    ₩45,280
송금한화금액 (대체)                   ₩19,448,000
총징수원화금액                        ₩19,493,280

01: 사 경왕목 : 02 : 송금역간수계 : (USD)    1,100,000.00
02: 사유 코드 : 30101. 유학 및 연수 (거래외국환은행 지정거래)
03: 주체경: 대인   객체경: 대인 . DEPO:0103 . WOORI BANK, LOS ANGELES
04: 이메일 해킹을 통한 사기송금에 유의하세요 !
05: 감사교원 계좌변경시 수취인과 전화하세요 !

4EE4HSGMMEPOVVG4AHGPOV0A00VAEPOL5PAE40ZH0 LT4AP5EG4MVPAVJP 1012002A

87

## 외화송금 상세정보(송금인확인용)
## Foreign Currency Transfer Details

윤혜웅 귀하   송금신청일자(DATE): 2016-08-16

항상 우리은행을 이용해 주셔서 감사합니다.
동일한 내용으로 송금하고자 하는 경우에는 이 전문사본을 제시하시면 보다 신속히 처리해 드릴수 있습니다.
"Please present this copy of transaction record for your future remittance. We will be able to provide better and faster service"

REF-NO: FDT2066001422          송금액(AMOUNT): USD17,000.00

```
FROM : SEOUL KOREA WOORI BANK(SWIFT : HVBKKRSE)
TO   : WELLS FARGO BANK

         수취국가 : 미국
20 :  Senders Reference (당행번호)        : FDT2066001422
23B:  Bank Operation Code                 : CRED

32A:  Value Date / Currency / Amount      : 2016-08-16/USD/17,000.00
     ( 지급일자 /    통화    / 송금금액 )

50K:  Ordering Customer(송금인)           : YOON HYE WOONG

57 :  Account With Institution (수취은행) : WELLS FARGO BANK
                                            SWIFT CODE WFBIUS6S

59 :  Beneficiary Customer(수취인)        : A/C-:7623138562
                                            BOSTON TUTELAGE GROUP LLC
                                            777 AVE OF THE AMERICAS 1ST Fl
                                            NEW YORK NY 10001

70 :  Details of Payment(기타참고사항)    : Education Fee

71A:  Details of Charges(사후수수료부담자) : OUR( 송금인 )

72 :  SEND TO REC. INFO                   :
```



상기 내용은 실제 발송된 전문사본이 아니며 송금인의 요청에 따라 변경 또는 취소될 수 있습니다.

| 해외송금 특급서비스-<br>바로바로 해외송금 | 입금만 하면 해외송금이 자동으로-<br>우리 ONE 해외송금 서비스 | 보내실때는 원화로 받으실때는 현지통화로-<br>W-FX 송금서비스 |
|---|---|---|
| ▶우리은행 해외 지점 계좌로 실시간 송금<br>▶송금 즉시 수취 가능<br>▶인터넷뱅킹으로 바로 송금 가능<br>▶북경/상해/심천/소주/천진/동경/인도네시아/<br>하노이/호치민/싱가포르/홍콩/런던/바레인지점 등 | ▶일반 원화 통장 입금 즉시 자동으로 해외송금<br>▶환율 30% 우대(USD,JPY EUR 외 통화 20%)<br>▶송금 수수료 30% 우대<br>▶일반계좌에 송금계좌번호 최대 3개까지 부여<br>▶송금 결과 SMS 발송 | ▶대상국가:중국,타이완,인디아,말레이지아,터어키,<br>스리랑카,이스라엘,파키스탄,브라질,체코,이집트,<br>카자흐스탄,페루,헝가리,요르단,아르헨티나<br>▶해당국 현지에서 별도의 환전절차없이 현지통화로<br>수취가능<br>▶중국위안화의 경우 현지에서 영업점 방문 없이<br>ATM에서 위안화(CNY)로 바로 출금 가능 |

우리은행   문정동지점     지점 (TEL:  02- 430-0361    )   우리은행 1899

/이정/문정동지점/2016/08/16 13:44:2

87

외환/금 거래계산서 (외국환매매 영수증)

외국환매매 신청인 기재란 (Please fill in here for foreign exchange)

| 성 명 | 주민번호앞6자리/여권번호 | 통 화 (Currency) | 금 액 (Amount) |
|---|---|---|---|
| 사실 때 전화번호 | 사실 때 위무게좌번호 | | |

FD0400  20160816  1342  당일  20206  D020  이수경    1009       0016
거래명 당발송금취결              고객명   YOON HYE WOONG       040258408
거래일자 2016-08-16             Ref No.  FDT2066001422

| 계정과목 | 입자 | 외화금액 (Amount) | 환율 (Rate) | 원화금액 (Won) |
|---|---|---|---|---|
| 외화본지점 | 입금 USD | 17,000.00 | | 18,636,250 |
| S O L D | | 17,000.00 | 1,096.25 | 18,636,250 |

          당발송금수수료                              ₩20,000
          전신료                                      ₩8,000
          사후발생수수료        선취                  ₩16,563
          수수료  합계 (대체)           ₩44,563
          송금원화금액 (대체)           ₩18,636,250
          총징수원화금액               ₩18,680,813
01: 지정항목 : 02 (송금연간누계 : (USD)      1,127,000.00)
02: 사유코드 - 30101, 유학 및 연수 (거래외국환은행 지정사항)
03: 주계정 : 대입, 부계정 : 대입 , DEPO:0103 , WOORI BANK, LOS ANGELES
04: 이메일 해킹을 통한 사기송금에 유의하세요 !                              날인
05: 갑작스런 계좌변경시 수취인과 전화하세요 ! !                              생략

4EE4HF50VYPG0HH5P4MPLLAAL0V0A0W5L50PLX5EWP XLW00LPV4VHG4GTG 10090016

# 외화송금 상세정보(송금인확인용)
## Foreign Currency Transfer Details

윤혜웅 귀하    송금신청일자(DATE): 2016-09-20

항상 우리은행을 이용해 주셔서 감사합니다.
일한 내용으로 송금하고자 하는 경우에는 이 전문사본을 제시하시면 보다 신속히 처리해 드릴수 있습니다.
"Please present this copy of transaction record for your future remittance. We will be able to provide better and faster service"

---

REF-NO: FDT2066001501                    송금액(AMOUNT): USD22,000.00

FROM : SEOUL KOREA WOORI BANK(SWIFT : HVBKKRSE)
TO   : WELLS FARGO BANK

수취국가 : 미국

20 :  Senders Reference (당행번호)        : FDT2066001501
23B:  Bank Operation Code                : CRED

32A:  Value Date / Currency / Amount     : 2016-09-20/USD/22,000.00
      (지급일자 / 통화 / 송금금액)

50K:  Ordering Customer(송금인)          : YOON HYE WOONG

57 :  Account With Institution(수취은행)  : WELLS FARGO BANK
                                            SWIFT CODE WFBIUS6S

  :   Beneficiary Customer(수취인)       : A/C-:7623138562
                                            BOSTON TUTELAGE GROUP LLC
                                            777 AVE OF THE AMERICAS 1ST Fl
                                            NEW YORK NY 10001

70 :  Details of Payment(기타참고사항)    : Education Fee

71A:  Details of Charges(사후수수료부담자) : OUR( 송금인 )

72 :  SEND TO REC. INFO                  :

---

상기 내용은 실제 발송된 전문사본이 아니며 송금인의 요청에 따라 변경 또는 취소될 수 있습니다.

| 해외송금 특급서비스- 바로바로 해외송금 | 입금만 하면 해외송금이 자동으로- 우리 ONE 해외송금 서비스 | 보내실때는 원화로 받으실때는 현지통화로- W-FX 송금서비스 |
|---|---|---|
| ▶우리은행 해외 지점 계좌로 실시간 송금<br>▶송금 즉시 수취 가능<br>인터넷뱅킹으로 바로 송금 가능<br>북경/상해/심천/소주/천진/동경/인도네시아/<br>하노이/호치민/싱가포르/홍콩/런던/바레인지점 등 | ▶일반 원화 통장 입금 즉시 자동으로 해외송금<br>▶환율 30% 우대(USD,JPY EUR 외 통화 20%)<br>▶송금 수수료 30% 우대<br>▶일반계좌에 송금계좌번호 최대 3개까지 부여<br>▶송금 결과 SMS 발송 | ▶대상국가:중국,타이완,인디아,말레이지아,터어키,<br>스리랑카,이스라엘,파키스탄,브라질,체코,이집트,<br>카자흐스탄,페루,헝가리,요르단,아르헨티나<br>▶해당국 현지에서 별도의 환전절차없이 현지통화로<br>수취가능<br>▶중국위안화의 경우 현지에서 영업점 방문 없이<br>ATM에서 위안화(CNY)로 바로 출금 가능 |

우리은행  문정동지점    지점 (TEL : 02- 430-0361  )   ◎우리은행 | 18

/이*정/문정동지점/2016/09/20 14:16:58

외국환매매 신청인 기재란 (Please fill in here for foreign exchange)

| 성 명 | 주민번호앞6자리/여권번호 | 통 화 (Currency) | 금 액 (Amount) |
|---|---|---|---|
| 사실 때 전화번호 | 파실 때 입금계좌번호 | | |

```
FD0400  20160920  1416  당일  20206  D020  이수경    1009         0097
거래명: 당발송금취결                    고객명   YOON HYE WOONG        040258408
거래일자 2016-09-20                    Ref No.  FDT2066001501
    개장과목          대체              외화금액(Amount)    환율(Rate)    원화금액(Won)
외화본지점          입금  USD               22,000.00                     24,715,680
S O L D                                  22,000.00  1,123.44          24,715,680


        당발송금수수료                                         ₩25,000
        전신료                                                ₩8,000
        사후발생수수료            신휘                          ₩16,965
      수수료 합계 (대체)               ₩49,965
        송금원화금액 (대체)           ₩24,715,680
        총징수원화금액               ₩24,765,645
01: 지정항목 : 02 (송금연간누계 : (USD)       1,153,450.00)
02: 사유코드 - 30101, 유학 및 연수 (거래외국환은행 지정사항)
03: 주계정 : 대일, 부계정 : 대일 , DEPO:0103 , WOORI BANK, LOS ANGELES
04: 이메일 해킹을 통한 사기송금에 유의하세요!                                       날인
05: 갑작스런 계좌변경시 수취인과 전화하세요!!                                       생략


4EE4E5GMMEPOVYGEAAGOVHJO4LOH4PGOE4G4XLLJO  HPVMGAWTWMHT5OW4   10090097
```



## 외화송금 상세정보(송금인확인용)
## Foreign Currency Transfer Details

윤혜웅                    귀하                    송금신청일자(DATE): 2016-10-13

항상 우리은행을 이용해 주셔서 감사합니다.
일한 내용으로 송금하고자 하는 경우에는 이 전문사본을 제시하시면 보다 신속히 처리해 드릴수 있습니다.
"Please present this copy of transaction record for your future remittance. We will be able to provide better and faster service"

REF-NO: FDT2066001547          송금액(AMOUNT): USD22,000.00

FROM : SEOUL KOREA WOORI BANK(SWIFT : HVBKKRSE)
TO   : WELLS FARGO BANK

     수취국가 : 미국
20 : Senders Reference (당행번호)       : FDT2066001547
23B: Bank Operation Code                : CRED

32A: Value Date / Currency / Amount     : 2016-10-13/USD/22,000.00
   ( 지급일자 /   통화   / 송금금액 )

50K: Ordering Customer(송금인)          : YOON HYE WOONG

57 : Account With Institution (수취은행) : WELLS FARGO BANK
                                          SWIFT CODE WFBIUS6S

 ) : Beneficiary Customer(수취인)       : A/C-:7623138562
                                          BOSTON TUTELAGE GROUP LLC
                                          777 AVE OF THE AMERICAS 1ST Fl
                                          NEW YORK NY 10001

70 : Details of Payment(기타참고사항)    : Education Fee

71A: Details of Charges(사후수수료부담자) : BEN( 수취인 )

72 : SEND TO REC. INFO                  :

상기 내용은 실제 발송된 전문사본이 아니며 송금인의 요청에 따라 변경 또는 취소될 수 있습니다.

| 해외송금 특급서비스~ | 입금만 하면 해외송금이 자동으로~ | 보내실때는 원화로 받으실때는 현지통화로~ |
|---|---|---|
| **바로바로 해외송금** | **우리 ONE 해외송금 서비스** | **W-FX 송금서비스** |
| ▶우리은행 해외 지점 계좌로 실시간 송금<br>▶송금 즉시 수취 가능<br>  인터넷뱅킹으로 바로 송금 가능<br>▶북경/상해/심천/소주/천진/동경/인도네시아/<br>  하노이/호치민/싱가포르/홍콩/런던/바레인지점 등 | ▶일반 원화 통장 입금 즉시 자동으로 해외송금<br>▶환율 30% 우대(USD,JPY EUR 외 통화 20%)<br>▶송금 수수료 30% 우대<br>▶일반계좌에 송금계좌번호 최대 3개까지 부여<br>▶송금 결과 SMS 발송 | ▶대상국가:중국,타이완,인디아,말레이지아,터어키,<br>  스리랑카,이스라엘,파키스탄,브라질,체코,이집트,<br>  카자흐스탄,페루,헝가리,요르단,아르헨티나<br>▶해당국 현지에서 별도의 환전절차없이 현지통화로<br>  수취가능<br>▶중국위안화의 경우 현지에서 영업점 방문 없이<br>  ATM에서 위안화(CNY)로 바로 출금 가능 |

우리은행    문정동지점         지점 (TEL:  02- 430-0361  )       우리은행 18

/이*정/문정동지점/2016/10/13 14:25:33

92

외화/금 거래기산서 (외국환매입영수증)

외국환매매 신청인 기재란 (Please fill in here for foreign exchange)

| 성 명 | 주민번호앞6자리/여권번호 | 통 화 (Currency) | 금 액 (Amount) |
|---|---|---|---|
| 시실 때 전화번호 | 파실 때 입금계좌번호 | | |

FD0400 20161013 1424 당일 20206 D020 이수경 1009    0009
거래명 당발송금취결                    고객명 YOON HYE WOONG    040258408
거래일자 2016-10-13                    Ref No. FDT2066001547
   계정과목          암호         외화금액 (Amount)   환율 (Rate)   원화금액 (Won)
외화본지점      입금 USD         22,000.00                    24,997,940
SOLD                            22,000.00   1,136.27        24,997,940

       당발송금수수료                                    ₩25,000
       전신료                                          ₩8,000
== 수수료  합계 (대체)           ₩33,000
   송금원화금액 (대체)          ₩24,997,940
   총징수원화금액              ₩25,030,940
01: 지정항목 : 02 (송금연간누계 : (USD)      1,178,450.00)
02: 사유코드 30101, 유학 및 연수 (거래외국환은행 지정사항)
03: 주계정 : 대입, 부계정 : 대입, DEPO:0101, WOORI BANK, NEW YORK
04: 이메일 해킹을 통한 사기송금에 유의하세요!
05: 갑작스런 계좌변경시 수취인과 전화하세요!!
*증빙서류유효기일 : 2017-01-25 (재학증빙서류 준비하여 연장해주세요)

날인
생략

4EE44EHVVPGOHH5P4MPP4MVOHO4LHME4OGEJXLLXL JZG45ZZTVT4PZAZV   10090009