**Exhibit C**

## New Jersey Business Gateway
### Business Entity Information and Records Service
### Business Id : 0600433138

```
Status Report For:        BOSTON TUTELAGE GROUP, LLC
Report Date:              11/26/2018
Confirmation Number:      83301559778
```

### IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:       0600433138
Business Type:            DOMESTIC LIMITED LIABILITY COMPANY
Status:                   TERMINATION/DISSOLUTION
Original Filing Date:     07/12/2016
Stock Amount:             N/A
Home Jurisdiction:        NJ
Status Change Date:       NOT APPLICABLE
```

### REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start Date:    N/A
DOR Suspension End Date:      N/A
Tax Suspension Start Date:    N/A
Tax Suspension End Date:      N/A
```

### ANNUAL REPORT INFORMATION

```
Annual Report Month:          JULY
Last Annual Report Filed:     09/29/2017
Year:                         2017
```

### AGENT/SERVICE OF PROCESS (SOP) INFORMATION

```
Agent:                    UNITED STATES CORPORATION AGENTS, INC.
Agent/SOP Address:        330 CHANGEBRIDGE RD STE 101 , PINE BROOK, NJ, 07058
Address Status:           DELIVERABLE
Main Business Address:    N/A
Principal Business Address: N/A
```

### ASSOCIATED NAMES

```
Associated Name:          N/A
Type:                     N/A
```

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0600433138

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

```
Title:      MEMBER
Name:       Kim,Chung  U
Address:    8200 Boulevard East, 34F, North Bergen, , ,
```

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

```
Original Filing           2016
(Certificate)Date:
```

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| Termination/Dissolution of LLC | 2017 |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.

New Jersey Business Gateway
Business Entity Information and Records Service
Business Id : 0600433138

- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.

Mail to: PO Box 308, Trenton, NJ 08625

**STATE OF NEW JERSEY**
**DIVISION OF REVENUE**

Overnight to: 225 West State St., 3rd Floor, Trenton, NJ 08608-1001

## PUBLIC RECORDS FILING FOR NEW BUSINESS ENTITY

Fill out all information below INCLUDING INFORMATION FOR ITEM 12, and sign in the space provided. Please note that once filed, this form constitutes your original certificate of incorporation/formation/registration/authority, and the information contained in the filed form is considered public. Refer to the instructions for delivery/return options, filing fees and field-by-field requirements. Remember to remit the appropriate fee amount. Use attachments if more space is required for any field, or if you wish to add articles for the public record.

1. Business Name: Boston Tutelage Group, LLC

2. Alternate Business Name:

FILED LLC JUL 12 2016 STATE TREASURER

3. Type of Business Entity: L L C (See Instructions for Codes, Page 19, Item 3)

4. Business Purpose: (See Instructions, Page 20, Item 4) Consulting - Education service. Tutor services.

5. Stock (Domestic Corporations Only - Total Shares):

6. Duration (If Indefinite or Perpetual, Leave Blank):

7. State of Formation/Incorporation (Foreign Entities Only):

8. Date of Formation/Incorporation (Foreign Entities Only):

9. Contact Information:
Registered Agent Name: United States Corporation Agents, Inc.

0600433138

Registered Office (Must be a New Jersey address with street address)
Street: 330 Changebridge Road Suite 101
City: Pine Brook   Zip: 07058

Main Business or Principal Business Address (If different than the Registered Office)
Street: 440 WEST STREET, SUITE 307
City: FORT LEE   State: NJ   Zip: 07024

10. Management (Domestic Corporations and Limited Partnerships Only)
- For-Profit and Professional Corporations list initial Board of Directors, minimum of 1;
- Domestic Non-Profits list Board of Trustees, minimum of 3;
- Limited Partnerships list all General Partners.

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |

The signatures below certify that the business entity has complied with all applicable filing requirements pursuant to the laws of the State of New Jersey.

11. Incorporators (Domestic Corporations Only, minimum of 1)

| Name | Street Address | City | State | Zip |
|---|---|---|---|---|
| | | | | |

** Signature(s) for the Public Record (See instructions for Information on Signature Requirements)

| Signature | Name | Title | Date |
|---|---|---|---|
| Mike Wilson (signed) | Mike Wilson | Vice President, LegalZoom.com, Inc | 7/12/2016 |