UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON,<br>        Plaintiff,<br><br>v.<br><br>HYUNWOOK JOO a/k/a HYUN WOOK JOO a/k/a<br>HYUN W. JOO a/k/a HYUN-WOOK JOO a/k/a<br>HARRY JOO a/k/a HARRY H. JOO a/k/a HARRY<br>HYUN JOO a/k/a HARRY HYUNWOOK JOO a/k/a<br>HARRY HYUN-WOOK JOO,<br><br>        Defendant. | Civil Action No.:<br>**1:19-CV-10351-WGY** |

## MOTION TO WITHDRAW AS COUNSEL WITH INCORPORATED MEMORANDUM OF LAW

Kim & Bae, P.C., and Kenney & Sams, P.C., attorneys for Defendant Hyunwook Joo a/k/a Hyun Wook Joo A/K/A Hyun W. Joo A/K/A Hyun-Wook Joo A/K/A Harry Joo a/k/a Harry H. Joo A/K/A Harry Hyun Joo a/k/a Harry Hyunwook Joo a/k/a Harry Hyun-Wook Joo ("Mr. Joo") submit this motion requesting permission of undersigned counsel to withdraw as counsel for Mr. Joo. In short, Mr. Joo has discharged his counsel and instructed us to withdraw from this case.

There has been an irretrievable breakdown of the relationship between Mr. Joo and the two law firms he retained to represent him in this matter, Kim & Bae, P.C. and Kenney & Sams, P.C.. Mr. Joo now seeks to represent himself pro se, or retain different counsel. (*See* Ex. A attached hereto, email from Mr. Joo to counsel terminating them from further representing him in this case). This irretrievable breakdown is grounds for the granting of undersigned counsel's motion to withdraw as counsel. *See e.g., Hammond v. T.J. Litle and Co., Inc.*, 809 F. Supp. 156 (D. Mass. 1992) (noting that an "irretrievable breakdown in the attorney-client relationship" justifies granting a motion to leave to withdraw as counsel); *Andrews v. Bechtel Power Corp.*, 780 F.2d 124, 135 (1st Cir. 1985) ("There is no requirement of law or common sense that a court compel counsel to

represent a former client when there has been a termination of the attorney client relationship before trial by mutual consent.").

Moreover, fact discovery has not commenced in this action, the deadline for conclusion of discovery is not until May 15, 2020; and no motions are currently pending before the court. As a result, Defendant Joo has ample time to secure replacement counsel if desired and will not suffer any prejudice from the withdrawal of undersigned counsel.

Last, counsel have reviewed this motion with Mr. Joo and he authorizes it to be filed and granted.

For these reasons, undersigned counsel seek to withdraw their appearances as counsel as they are not authorized to, and have been terminated from, providing further legal representation to Mr. Joo.

WHEREFORE, undersigned counsel request that this Honorable Court grant this Motion permitting them to withdraw as counsel.

Respectfully submitted,
Defendant Hyunwook Joo,
By his attorneys,

KIM & BAE, P.C.

     /s/ Andrew C. Miller
Andrew C. Miller,
*Admitted Pro Hac Vice*
2160 North Central Road, Suite 303
Fort Lee, NJ  07024
amiller@kimbae.com
T: 201-585-2288
F:  201-585-2246

Respectfully submitted,
Defendant Hyunwook Joo,
By his attorneys,

KENNEY & SAMS, P.C.

     /s/ Christopher A. Kenney
Christopher A. Kenney, BBO# 556511
cakenney@KSlegal.com
Michelle M. De Oliveira, BBO# 685455
mmdeoliveira@KSlegal.com
Reservoir Corporate Center
144 Turnpike Road
Southborough, MA 01772
Tel: (508) 490-8500
Fax: (508) 490-8501
*Local Counsel for Defendant,*
*Hyunwook Joo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2019, I electronically filed the foregoing document with the clerk of the court by using the CM/ECF system, which was the notice of electronic filing to all CM/ECF participants, including:

Joseph Perl, Esq.
Law Office of Joseph Perl
203 Arlington Street, Suite 2
Watertown, MA 02472
*Attorney for Plaintiff*
*Hyewoong Yoon*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher A. Kenney*
　　　　　　　　　　　　　　　　　　　　　　Christopher A. Kenney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Hyunwook Joo a/k/a Hyun Wook Joo a/k/a
　　　　　　　　　　　　　　　　　　　　　　Hyun W. Joo a/k/a Hyun-Wook Joo a/k/a Harry
　　　　　　　　　　　　　　　　　　　　　　Joo a/k/a Harry H. Joo a/k/a Harry Hyun Joo
　　　　　　　　　　　　　　　　　　　　　　a/k/a Harry Hyunwook Joo a/k/a Harry Hyun-
　　　　　　　　　　　　　　　　　　　　　　Wook Joo

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I certify that at 5:00pm on July 19th, I conferred with Plaintiff's counsel, Bernard Posner, Esq., reviewed the Motion to Withdraw, and Plaintiff's counsel assented to our motion to withdraw as counsel.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Christopher A. Kenney*
　　　　　　　　　　　　　　　　　　　　　　Christopher A. Kenney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Hyunwook Joo a/k/a Hyun Wook Joo a/k/a
　　　　　　　　　　　　　　　　　　　　　　Hyun W. Joo a/k/a Hyun-Wook Joo a/k/a Harry
　　　　　　　　　　　　　　　　　　　　　　Joo a/k/a Harry H. Joo a/k/a Harry Hyun Joo
　　　　　　　　　　　　　　　　　　　　　　a/k/a Harry Hyunwook Joo a/k/a Harry Hyun-
　　　　　　　　　　　　　　　　　　　　　　Wook Joo