# Exhibit A

| | |
|---|---|
| **From:** | Hyun Wook Joo |
| **To:** | Michelle M. De Oliveira |
| **Subject:** | Motion to Withdraw |
| **Date:** | Friday, July 19, 2019 12:40:10 PM |

Dear Michelle,

As per our phone conversation, I am sending this email to confirm that I would like to terminate Kenney & Sams and Kim & Bae's representation for my case and would like to proceed with self representation. I confirm that you have advised consequences of terminating representation and I do understand the consequences.

Please file the motion to withdraw immediately and send me a copy for my record.

Regards,

--
**HyunWook Joo**
**201-314-3092**