**EXHIBIT D**

# Wire List

2018.10.31. 기준

| NO. | Date | Dollar USD | Receiver |
|---|---|---:|---|
| 1 | 2013.01.25. | 4,000 | Joo HyunWook |
| 2 | 2013.02.25. | 4,000 | Joo HyunWook |
| 3 | 2013.03.25. | 4,000 | Joo HyunWook |
| 4 | 2013.04.26. | 4,000 | Joo HyunWook |
| 5 | 2013.05.27. | 4,000 | Joo HyunWook |
| 6 | 2013.07.02. | 4,000 | Joo HyunWook |
| 7 | 2013.07.25. | 4,000 | Joo HyunWook |
| 8 | 2013.08.26. | 4,000 | Joo HyunWook |
| 9 | 2013.09.24. | 16,000 | Joo HyunWook |
| 10 | 2013.10.25. | 4,000 | Joo HyunWook |
| 11 | 2013.10.31. | 6,000 | Joo HyunWook |
| 12 | 2013.11.25. | 10,000 | Joo HyunWook |
| 13 | 2013.12.26. | 10,000 | Joo HyunWook |
| 14 | 2014.01.29. | 10,000 | Joo HyunWook |
| 15 | 2014.02.27. | 10,000 | Joo HyunWook |
| 16 | 2014.03.26. | 10,000 | Joo HyunWook |
| 17 | 2014.04.28. | 10,000 | Joo HyunWook |
| 18 | 2014.05.26. | 10,000 | Joo HyunWook |
| 19 | 2014.06.02. | 28,150 | Joo HyunWook |
| 20 | 2014.06.25. | 10,000 | Joo HyunWook |
| 21 | 2014.06.30. | 28,150 | Joo HyunWook |

| | | | |
|---|---|---|---|
| 22 | 2014.07.28. | 28,150 | Joo HyunWook |
| 23 | 2014.07.28. | 10,000 | Joo HyunWook |
| 24 | 2014.08.26. | 28,150 | Joo HyunWook |
| 25 | 2014.08.26. | 10,000 | Joo HyunWook |
| 26 | 2014.09.26. | 10,000 | Joo HyunWook |
| 27 | 2014.10.24. | 10,000 | Joo HyunWook |
| 28 | 2014.11.25. | 10,000 | Joo HyunWook |
| 29 | 2014.12.19. | 8,000 | Joo HyunWook |
| 30 | 2014.12.24. | 10,000 | Joo HyunWook |
| 31 | 2015.01.07. | 21,250 | Joo HyunWook |
| 32 | 2015.01.23. | 10,000 | Joo HyunWook |
| 33 | 2015.02.04. | 10,000 | Joo HyunWook |
| 34 | 2015.02.25. | 10,000 | Joo HyunWook |
| 35 | 2015.03.18. | 26,000 | Joo HyunWook |
| 36 | 2015.03.25. | 31,500 | Joo HyunWook |
| 37 | 2015.04.27. | 31,500 | Joo HyunWook |
| 38 | 2015.05.26. | 31,500 | Joo HyunWook |
| 39 | 2015.06.29. | 31,500 | Joo HyunWook |
| 40 | 2015.07.27. | 49,500 | Joo HyunWook |
| 41 | 2015.08.26. | 55,500 | Joo HyunWook |
| 42 | 2015.09.25. | 31,500 | Joo HyunWook |
| 43 | 2015.10.26. | 31,500 | Joo HyunWook |
| 44 | 2015.11.26. | 31,500 | Joo HyunWook |
| 45 | 2015.12.28. | 29,400 | Joo HyunWook |

| 46 | 2016.01.25. | 10,000 | Joo HyunWook |
|----|-------------|--------|--------------|
| 47 | 2016.03.02. | 30,000 | Joo HyunWook |
| 48 | 2016.03.29. | 10,000 | Joo HyunWook |
| 49 | 2016.04.25. | 10,000 | Joo HyunWook |
| 50 | 2016.05.25. | 10,000 | Joo HyunWook |
| 51 | 2016.06.24. | 10,000 | Joo HyunWook |
| 52 | 2016.07.20. | 17,000 | BOSTON TUTELAGE GROUP LLC |
| 53 | 2016.08.16. | 17,000 | BOSTON TUTELAGE GROUP LLC |
| 54 | 2016.09.20. | 22,000 | BOSTON TUTELAGE GROUP LLC |
| 55 | 2016.10.13. | 22,000 | BOSTON TUTELAGE GROUP LLC |
|    | Total       | 908,750 |             |