UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON,<br>    Plaintiff,<br>v.<br>HYUNWOOK JOO a/k/a<br>HYUN WOOK JOO a/k/a HYUN W. JOO<br>a/k/a HYUN-WOOK JOO a/k/a<br>HARRY JOO a/k/a HARRY H. JOO a/k/a<br>HARRY HYUN JOO a/k/a<br>HARRY HYUNWOOK JOO a/k/a<br>HARRY HYUN-WOOK JOO,<br>    Defendant. | )<br>)<br>)  Civil Action No.: 1:19-CV-10351-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREEMENT FOR JUDGMENT**

It is hereby agreed that judgment shall enter in this action for Plaintiff, Hyewoong Yoon, against Defendant, Hyunwook Joo, in the sum of nine million dollars ($9,000,000.00) with statutory interest and costs. All parties hereby waive all rights of appeal.

Respectfully submitted by the parties,

s/ Joseph Perl
Joseph Perl
Attorney for Plaintiff
B.B.O. 680509
203 Arlington St., Suite 2
Watertown, MA 02472
781-704-7047
perl@perlattorney.com
Dated October 4, 2019

/s/ Bernard Posner
Bernard Posner
Attorney for Plaintiff
B.B.O. 659020
FURMAN GREGORY DEPTULA
4 13TH St., Suite 2
Boston, MA 02129
617-886-6145
bernard@fgd-law.com
Dated: October 4, 2019

Hyunwook Joo, Pro Se
47 3rd Street
Harrington Park, NJ 07640
Dated: October 4, 2019

Enter: _William G. Young_, J
Date: _October 7, 2019_